UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HENRY REYES DE LA ROSA,

                                  Plaintiff,                  24 Civ. No. 0953 (JLR) (GS)

      -against-                                **PRE-SETTLEMENT**
                                                           **CONFERENCE ORDER**

TARGET CORPORATION,

                                  Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Telephone Conference for **Tuesday, April 23, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 356 712 336#.**

       SO ORDERED.

DATED:     New York, New York
                  April 5, 2024

                                                          _____
                                                           The Honorable Gary Stein
                                                          United States Magistrate Judge