**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HENRY REYES DE LA ROSA,

                                Plaintiff,                    **24 Civ. No. 00953 (JLR)**

                -against-                     **RESCHEDULING ORDER**

TARGET CORPORATION,

                               Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      The Settlement Conference scheduled for **Tuesday, August 6, 2024** at **10:00 a.m.** is

hereby adjourned. A Settlement Conference will be held on **Monday, September 23, 2024** at

**10:00 a.m.**  Counsel are directed to appear in Courtroom 9A, United States Courthouse, 500

Pearl Street, New York, New York.  The Clerk of Court is respectfully requested to terminate the

motion on Docket No. 17.

      **SO ORDERED.**

DATED:     New York, New York
            August 5, 2024

                                 _____
                                 The Honorable Gary Stein
                                 United States Magistrate Judge